**EXHIBIT 1**

|   | **Kellytoy Squishmallows** |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |



3132965.1