**EXHIBIT 3**

# United States of America
### United States Patent and Trademark Office

# SQUISHMALLOW

**Reg. No. 5,454,574**  
**Registered Apr. 24, 2018**  
**Int. Cl.: 28**  
**Trademark**  
**Principal Register**

KELLYTOY WORLDWIDE, INC. (CALIFORNIA CORPORATION)  
4811 S. Alameda Street  
Los Angeles, CALIFORNIA 90058

CLASS 28: PLUSH TOYS

FIRST USE 7-25-2017; IN COMMERCE 7-25-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-319,831, FILED 01-31-2017



Director of the United States  
Patent and Trademark Office