**EXHIBIT 5**

# <u>AWARDS</u>

https://www.youtube.com/watch?v=k9pilaM8c1o





https://www.nappaawards.com/product/squishmallows-2/

https://www.nappaawards.com/product/squishmallows-baby/





## SHOP TALK

Products We Love | **By Elena Epstein**



## It's Play Time!

We're always on the lookout for great new toys, games and books. This month, we've rounded up a couple of cute companions, a couple of engaging games and a fabulous personalized book.





### Be the Hero

Bestselling author Kelly DiPucchio's new book stars the greatest hero of all time – your child. Called "A Monster Mess!" the book ($29.99, www.ReadYour Story.com; ages 3-7) features your child's name and face throughout. You can add a personal dedication and two additional family photos.

### Defend Gotham

If your kids loved the movie, they'll love the LEGO Dimensions, The LEGO Batman Movie Story Pack ($49.99, www.lego.com; ages 7+), featuring Batgirl and Robin. Players team up to fight the Joker and his group of villains.

### Enjoy the Squish

Squishmallows ($2.99-$19.99, www.squish mallows.com; ages 3+) make great couch pals, pillows, bedtime buddies and travel companions. Choose a penguin, owl, cat, fox, frog or hedgehog.





### Play It Smart

Beyond Tablet ($199, additional games available starting at $19.99; www. beyondscreen.com; ages 3+) is a smart tablet with a twist. It has no screen, so all the games are played with maps, cards, blocks and figurines. But Beyond Tablet senses the objects and responds with LED lights and verbal guidance and encouragement.



### Meet the New Kids

Gabriela McBride, the 2017 American Girl of the Year, is a quiet and creative poet who wants to give back to her community and comes with a paperback book. Another exciting new addition is Logan Everett, American Girl's first boy character. He's a drummer. ($115 each, www.americangirl.com; Ages 8+)

Visit **NAPPAawards.com** for more reviews of children's and parenting products.

**8** October 2017 **L.A. Parent**

http://www.parents-choice.org/product.cfm?product_id=35394&StepNum=1&award=aw



https://ttpm.com/p/24609/kellytoy/squishmallow-stuffed-13-inch-unicorn/



5

https://www.howtolearn.com/squishmallows-wins-parent-teacher-choice-awards



**https://awards.creativechild.com/product/3056-squishmallows-3-sizes-fox-cat-**



**https://store.momschoiceawards.com/index.php?entry_id=7609**



http://the-parenting-center.com/squishmallows/



https://www.thetoyinsider.com/toys/squishmallows/



# TRADITIONAL PRESS

http://www.chicagotribune.com/suburbs/arlington-heights/news/ct-bcr-barrington-squishmallows-tl-0104-20180102-story.html



**Los Angeles toy maker to produce Arlington Heights girl's design for stuffed animal**

By TODD SHIELDS
PIONEER PRESS | JAN 02, 2018 | 11:47 AM

11-year-old Zoe Snell of Arlington Heights created a design for a plush toy and sent it to a toy maker in Los Angeles. Kellytoy has agreed to produce one of their "Squishmallow" plush toys, using Snell's design. (Brian O'Mahoney / Pioneer Press)

A young girl's affection for a soft, plump doll turned into a holiday charity drive that benefited dozens of families in the Chicago area.

Zoe Snell, 11, recently joined classmates at Classical Consortium Academy in Barrington and stuffed 75 care bags for recipients at Safe Families for Children, an organization that provides volunteers motivated by faith to help families in need.

Advertisement



The dolls are known as Squishmallows, an assortment of animal toys, but Zoe's favorite is her hedgehog.

**LATEST ARLINGTON HEIGHTS**

ARLINGTON HEIGHTS

Residents of residential block in Arlington Heights call on village to 'do better' helping to slow down speeding drivers
58m

ARLINGTON HEIGHTS

Des Plaines man charged with illegal possession of a weapon by a felon following Arlington Heights arrest
1h

SPORTS

Senior leadership gives Rolling Meadows an edge during fast start to the season
JAN 25, 2020

SPORTS

Astros scandal presents teachable moment for youth athletes, coaches
JAN 25, 2020





The dolls are known as Squishmallows, an assortment of animal toys, but Zoe's favorite is her hedgehog.

Before the stuffing day on Dec. 13, Zoe sent the toy's manufacturer, Kellytoy, a sketched design of "Doug the Dog," a character of her own creation.

Kellytoy was impressed and agreed to send other Squishmallows to her school for the charity effort.

[Most read] Kobe Bryant and his daughter. A baseball coach. Teenage girls and their parents. A pilot. These were the 9 helicopter crash victims. »

"It showed me that if you have an idea, then send it in," said Zoe, of Arlington Heights.

"I don't usually sketch a lot, but now since they loved my idea I started to sketch more."

Jeanne Yoon, senior vice president of product development for Los Angeles-based Kellytoy, said she was in Hong Kong and received an email from Zoe, saying the boys at her school wanted the Squishmallows to have more neutral colors.

Yoon said "Doug the Dog" is not in production yet, but Kellytoy sent an assortment of Squishmallows, such as a fox, hedgehog, frog and cow, to Zoe's school for Safe Families and parents of the students.

"And we will sell Zoe's as a special edition in fall," Yoon said.

Advertisement



[Most read] Bar Louie gastropub chain files for bankruptcy amid closings »

Yoon also said Kellytoy receives a lot of email suggestions from children and adults for products, but Zoe's was the first they used to manufacture a toy.

"I can tell you, this girl can really draw," Yoon said.

Zoe's mother, Karen Snell, is a part-time teacher at Classical Consortium Academy, and said her daughter found a Squishmallows hedgehog in an Arlington Heights store.

tshields@pioneerlocal.com

*Twitter @tshields10*



SPORTS
Astros scandal presents teachable moment for youth athletes, coaches
JAN 25, 2020


ARLINGTON HEIGHTS
Arlington Heights picks veteran parks and rec worker to head Park District, filling full-time role vacant for nearly 2 years
JAN 25, 2020

ADVERTISEMENT


http://www.dailyherald.com/news/20171213/students-assemble-comfort-packs-in-barrington-to-help-kids-in-need



http://www.mirabelsmagazinecentral.com/digitaledition/index.html?id=77937e5b-2baf-4291-a78b-1910f96ae187

## SHOP TALK

Products We Love | By Elena Epstein



## It's Play Time!

We're always on the lookout for great new toys, games and books. This month, we've rounded up a couple of cute companions, a couple of engaging games and a fabulous personalized book.



### Be the Hero

Bestselling author Kelly DiPucchio's new book stars the greatest hero of all time - your child. Called 'A Monster Mess!' the book ($29.99, www.ReadYour Story.com; ages 3-7) features your child's name and face throughout. You can add a personal dedication and two additional family photos.

### Enjoy the Squish



Squishmallows ($2.99-$19.99, www.squish mallows.com; ages 3+) make great couch pals, pillows, bedtime buddies and travel companions. Choose a penguin, owl, cat, fox, frog or hedgehog.

Visit NAPPAawards.com for more reviews of children's and parenting products.



### Defend Gotham

If your kids loved the movie, they'll love the LEGO Dimensions, The LEGO Batman Movie Story Pack ($49.99, www.lego.com; ages 7+), featuring Batgirl and Robin. Players team up to fight the Joker and his group of villains.



### Play It Smart

Beyond Tablet ($119, additional games available starting at $19.99, www. beyondscreen.com; ages 3+) is a smart tablet with a twist. It has no screen, so all the games are played with maps, cards, blocks and figurines. But Beyond Tablet senses the objects and responds with LED lights and verbal guidance and encouragement.

### Meet the New Kids

Gabriela McBride, the 2017 American Girl of the Year, is a quiet and creative poet who wants to give back to her community and comes with a paperback book. Another exciting new addition is Logan Everett, American Girl's first boy character. He's a drummer. ($115 each, www.americangirl.com, Ages 8+)

8 October 2017 L.A. Parent

http://www.kerncountyfamily.com/Articles-KCFM-Recommends-i-2017-10-01-125759.113117-Products-Youll-Love.html















http://www.cityparent.com/reviews/6806/



https://issuu.com/sandiegofamilymagazine/docs/sdfm-nov2017-digital_issue/40



http://www.chron.com/lifestyle/article/Holiday-gift-guide-Toys-12362577.php



http://www.mirabelsmagazinecentral.com/digitaledition/index.html?id=a2f992b0-2a1a-4897-a7e6-d8906dbcfedf



http://www.ccparent.com/articles/nappa-winter-2017/



https://www.northeastohioparent.com/featured/holiday-gift-guide-kids/



https://okmagazine.com/news/celebrities-spotted-out-and-about-week-of-august-16th/



https://twokidsandacoupon.com/2018/11/snuggle-up-to-squishmallows-this-holiday-season.html



http://www.minnesotaparent.com/feature/the-best-new-toys-1



https//texaslifestylemag.comlifestyle2018-great-gifts-for-littles



https://www.giftsanddec.com/trending-gifts/editors-picks/5-editors-picks-toy-fair/



https://www.popstaronline.com/giveaway-2019-teen-choice-awards-gift-bag/

https://www.giftsanddec.com/trending-gifts/editors-picks/5-editors-picks-toy-fair/



# TOY INDUSTRY PRESS

https://www.youtube.com/watch?v=de8FugeFe5Q



https://www.thetoyinsider.com/student-stress-tips/



https://www.thetoyinsider.com/toys/squishmallows/



https://ttpm.com/p/24644/kellytoy/squishmallows-8-inch-plush/?ref=yt



http://www.giftsanddec.com/article/546260-squishmallows-plush-line-wins-2017-nappa-award/

https://www.thetoyinsider.com/toys/squishmallows/



https://toybook.com/2-19/





www.thetoyinsider.com/student-stress-tips



https://toybook.com/4-19/



http://toyfair.vporoom.com/Kellytoy/index.php?s=60225&item=123014





https://toybook.com/kellytoy-ready-to-shellebrate-world-turtle-day-with-squishmallows/



https://toybook.com/kellytoys-squishmallows-are-ready-for-halloween/



http://toybook.com/kellytoy-unveils-squishmallows-collection/

# REVIEWS AND SOCIAL MEDIA

https://www.emilyreviews.com/2018/02/squishmallows-valentines-gift-idea-for-kids-review-giveaway-220.html

https://peytonsmomma.com/squishmallows-for-the-holidays/



http://www.toyportfolio.com/single-post/2017/10/10/Kellytoy-Squishmallow-Cam-the-Cat-and-Fifi-the-Fox

https://www.momdoesreviews.com/2017/09/27/squishmallows-squishie-plushtoys-bursting-personality-review-megachristmas17/

http://www.holidays.net/christmas/store/Squishmallows-Squishmallow-Squishy-Squooshems-Oliver-The-Valentine-Cat-13-_332509514743.html

https://ttpm.com/p/24644/kellytoy/squishmallows-8-inch-plush/



https://www.nutritionistreviews.com/2018/03/the-best-products-of-2018-part-5.html

https://itsfreeatlast.com/squishmallow-plush-toys-perfect-cuddle-pal-megachristmas17/



https://www.trendhunter.com/trends/squishmallows

http://celebratewomantoday.com/squishmallows-plush-toys-giveaway/

http://onekidslife.com/must-squishmallow/





# MUST HAVE A SQUISHMALLOW!!!

🕐 February 12, 2018   👤 kmmepadilla   🗂 Toys   💬 Leave a comment

OMG I loooove these amazing plush Squishmallows! They are literally the plush, stuffed animal form of marshmallows! I was sick last week, so I was laying around watching TV a lot, and it was so great to hug my huge Squishmallow!

These Squishmallows are super duper soft on the inside and outside, and the adorable faces just tops everything off and makes you want to squeeze these cuddly critters even more!



You can buy these Squishmallows and more at places like Five Below an Walgreens!

http://classymommy.com/squishmallows-plush-video-review/

http://www.senioroutlooktoday.com/toys-and-learning-2017-holiday-gift-guide/

http://tellemgrodypr.com/2017/08/17/tgprclients-introducing-squishmallows/



## #TGPRclients: Introducing, Squishmallows



Ready, Set... Squish! Introducing **Squishmallows** by plush toy and gift manufacturer Kellytoy, one of the world's most influential manufacturers and distributors of plush toys and gifts.

TGPR is responsible for reaching bloggers and influencers on YouTube and Instagram and generating coverage in consumer facing and B2B media outlets.

Eight styles in four sizes will launch at retail in September including pink and blue penguins, purple and grey owls, a cat, fox, frog and hedgehog.



Customers who sign up for the email list at www.squishmallows.com get the first look at four special editions available later this year. The line will expand in 2018 with seasonal styles including Valentine's and Easter.

"These collectible characters are as cuddly as they are cute. Not only will Squishmallows be on everyone's 'squishlist,' but they will make great gifts any time of year," says Kellytoy CEO Jonathan Kelly. "Squishy and comforting, Squishmallows make great couch pals, pillows, bedtime buddies and travel companions—take them anywhere on the go."

 

Popping with personality, each Squishmallow character's background story is detailed on its lenticular printed hangtag, a process that results in a 3D image that moves, depending on viewing angle. You'll get to know Puff, a blue penguin who loves extra marshmallows in his cocoa. "If you like to go on adventures, Fifi the pink fox is the girl for you," says Kelly.

The Squishmallows collectible plush toy line is available in four sizes. Clip-ons (3.5"), small (8"), medium (13") and large (16") sizes have a suggested retail price of $2.99, $6.99, $9.99 and $19.99, respectively. The cuddly toy line is perfect for kids, tweens, collectors and toy lovers of all ages.



The unique line is made of super soft spandex "EF" and polyester stuffing — similar to memory foam — for crazy, cuddly fun. Caring for Squishmallows is easy; give them lots of love, wash in warm water and tumble-dry on medium heat.

Join the squad online and follow @Squishmallows on Facebook, Instagram, Twitter, Pinterest and YouTube.


Posted by Dan Grody
August 17, 2017

Tags: #kellytoy, #mysquishsquad, #plushies, #plushtoy, #plushtoys, #squishies, #squishmallow, #squishmallows, plush toy

https://www.instagram.com/p/BX_-LLoFv6X/?taken-by=bunnynamedbentley



https://twitter.com/familyvideonet/status/900506897647796224



https://instagram.com/p/BYMrZcmnnJu/



https://www.instagram.com/p/BX6pStEAcxW/?tagged=squishmallow



https://twitter.com/EviesToyHouse/status/903588583650590720



https://www.facebook.com/piercesworld/posts/1952283798344241



https://www.instagram.com/p/BYqr7GRjiIV/?taken-by=vat19



https://twitter.com/StephanysLife/status/911224169773150209



https://www.instagram.com/p/BZWGu1Mhqmx/?taken-by=stephanyssweetlife



https://www.instagram.com/p/BZgK37wnt2I/?taken-by=sarahmcaffry



http://www.momdoesreviews.com/2017/09/27/squishmallows-squishie-plushtoys-bursting-personality-review-megachristmas17/

https://www.facebook.com/Momdoesreviews/photos/a.362198737147823.90170.1921526241
52436/1707945059239844/?type=3&theater



https://twitter.com/pamelamaynard/status/913106587115446272



https://www.pinterest.com/pin/51861833192435048/

http://frostedevents.com/squishmallows-kids-toy-review/

https://twitter.com/frostedevents/status/911921413799497729



http://www.chitchatmom.com/2017/09/kids-everywhere-will-love-squishmallows.html





https://twitter.com/blogger4fun2011/status/913779151122944000



https://www.pinterest.com/pin/289004501079829408/

https://www.instagram.com/p/BZRfNw7FS1W



http://itsfreeatlast.com/squishmallow-plush-toys-perfect-cuddle-pal-megachristmas17/



http://www.7kidsandus.com/2017/09/holiday-gift-guide-for-kids-2017.html





flavor, the delicious gummies, which are also gluten-free, wheat-free, dairy-free, soy-free, gelatin free and non-GMO, will please both children and parents alike.

Squad up, Squishmallow plush toys are on the way to fill your hearts with love and affection. Since 2017, the Squishmallows™ collection has offered comfort, support and warmth as a couch companion, pillow pal, bedtime buddy and travel teammate. No need to feel alone, you'll have a buddy for the movies, the bedtime stories, the laughs and more!

Kellytoy has created a line of loveable buddies made from super soft marshmallow-like texture and polyester (and they're easily washable).

Time to put Squishmallows on your squishlist, because the squad can't wait for the company and cuddles. Squishmallows are available at Walgreens.

Follow the #squishmallowsquad on their adventures!

Fifi is your girl if you like to go on adventures! She's traveled to the Arctic, to the mountains and is ready to go on her next trip with you. Born October 6, Fifi has a vibrant personality and is quite the little firecracker. She channels her energy through yoga flows, and is working on getting her yoga teacher certificate!

Lights, camera, action! Need someone to make you laugh? Get to know Ace! He is ready to be your next big thing. Ace is the actor-extraordinaire born on January 4th. Where is his favorite place to be? The stage of course! He isn't shy, if you couldn't tell. Ace wants to one day write and direct his own film.

Ace is talented on and off the screen. What else does he do? He is the star quarterback on the football team. Ace is definitely a team player. He's known for rallying his teammates and energizing them at every game. Need someone to bring out the best in you? Ace is here to do just that.

http://lifewithkathy.com/squishmallows/

https://youtu.be/kRzvaHxtf4Q



Post - http://www.fsm-media.com/squishmallows/

Facebook - https://www.facebook.com/FSMMediia/posts/10156688386971040



Twitter - https://twitter.com/FSMMedia/status/915991834052005888



79

Instagram - https://www.instagram.com/p/BZ3-hjIjRrb/?taken-by=fsmmedia



Pinterest - https://www.pinterest.com/pin/191121577920578958/

Tumblr - http://fsmmedia.tumblr.com/post/166080652886/via-meet-the-squishmallows-squad-super-soft



https://imaginationsoup.net/2017/11/14/creative-pretend-play-christmas-gifts-kids-2017/



https://www.instagram.com/p/BZPD0gaHbzn/?hl=en&taken-by=imaginationsoup



http://www.tiffanyreviews.com/squishmallow-plush-toys/

http://www.southernmommas.net/squishmallows/

http://www.stacytiltonreviews.com/2017/11/the-squishmallows-squad-giveaway-ends.html

https://twitter.com/smtilton/status/925778999627874304



https://www.pinterest.com/pin/274649277258790657/



https://themighty.com/2017/11/depression-winter-help-seasonal-affective-disorder/

http://mommymandy.com/holiday-gift-guide-squishmallows/



https://kellysthoughtsonthings.com/softest-cutest-plushie-squishmalllows/

https://www.twiniversity.com/2017/11/twiniversitys-hot-toys-for-twins-2017/





http://www.giftsanddec.com/article/548314-squishmallows-plush-line-wins-parents-choice-award/

http://www.lynchburgtnmama.com/enjoy-christmas-squishmallow-squad/



https://www.romper.com/p/what-to-buy-at-the-walgreens-cyber-monday-2017-sale-because-there-are-actually-some-good-deals-5477621



Joe Raedle/Getty Images News/Getty Images

What To Buy At The Walgreens Cyber Monday 2017 Sale, Because There Are Actually Some Good Deals

By Caroline Shannon-Karasik
Nov 22, 2017



Back in the day, our local Walgreens was a hot spot for teenagers — myself included — to snag our favorite Bonnie Bell lip balms and Binaca Breath Sprays because, Lord, we need to smell all of the smells for our crushes. But today, Walgreens is more than just the corner drugstore, branching out to incorporate a range of items from toys to home goods. Which means you need to know what to buy at the Walgreens Cyber Monday 2017 sale.

Walgreens may not sound like a place with an amazing Cyber Monday sale, but it really is. According to the store's website, you can enjoy a 3-day pass starting Nov. 25 that gives you 25 percent off regular priced eligible items.





Walgreens

Happy Trails Elephant Plush Rocking Animal, reg. $60, Walgreens

If you still have to find gifts for a few kiddos on your list, then you may want to take a peek at some of Walgreens' online toy selection, including a Barbie Designable Hair Extensions Doll (reg. $24), Alex Shrinky Dinks Jewelry Kit (reg. $6), and Squishmallow Plush toys (reg. $20).



http://moderndaygramma.com/kellytoys-new-squishmallow-review/



https://vimeo.com/248009637



http://www.havesippywilltravel.com/2018/01/win-new-squishmallows-stuffed-toys.html

http://www.oneincomedollar.com/2018/01/2017-valentines-day-gift-guide-for-kids.html

https://mamasgeeky.com/2018/02/valentines-day-gifts-not-candy.html



speakers. The Pulse 3 is available for purchase now on **JBL.com.**

Purchase here.



**Squishmallows**

Squishmallows are the best gifts for kids of all ages (yes, I have one in my office and it is amazing). Squishmallow plush toys are on the way to fill your hearts with love and affection. Since 2017, the Squishmallows™ collection has offered comfort, support and warmth as a couch companion, pillow pal, bedtime buddy and travel teammate. No need to feel alone, you'll have a buddy for the movies, the bedtime stories, the laughs and more! They are the most comfortable plushes I have ever felt, and I want to fill my home with them!

Purchase here!

http://www.thejerseymomma.com/2018/02/10-fun-finds-from-toy-fair-ny-2018.html







FEATURED POST

HERSHEYPARK UNVEILS
CULINARY AND RETAIL
ADDITIONS FOR 2020 HERSHEY'S
CHOCOLATETOWN DETAILS

I have some SWEET news for you about
Hersheypark's biggest expansion yet!
Hershey's Chocolatetown, opening in 2020, is
going to be ...

I ATTENDED!
#BEACHESMOMS



I'M A PARENT
PANELIST FOR THE
TOY INSIDER! CLICK
HERE TO READ MY
ARTICLES!



I'M A HERSHEY
SWEETEST FAMILIES
PANELIST!



SEARCH

To search type and hit enter



I'M EXCITED TO
PARTNER WITH
CRAYOLA
EXPERIENCE! CLICK
FOR DISCOUNTED

## 1. Squishmallows by Kellytoy

I'll be honest, I loved Squishmallows long before visiting Toy Fair, and I scheduled the Kellytoy booth as one of my first stops because I was *that* excited to see what they had in store for 2018. What's so special about them? Well, they're not just stuffed animals. They're super soft and squishy, and something about that combination (along with MAJOR cuteness), sets them apart from other plushies. You can use them as pillows, couch pals, bedtime buddies, you name it! They come in a variety of sizes (clip-on 3.5", 8", 13", 16"), and two new sizes were introduced for 2018, including 5" and 20". Squishmallows come in a plethora of animals, as well as seasonal choices, too, and each one has a name and a distinct personality. Stay tuned to The Jersey Momma for more info about them, since I have some more Squishmallows blog posts planned for the upcoming months.







http://www.allbeautifulmommies.com/blog/entry/4385745/squash-those-bedtime-struggles-with-squishmallows-comfort-pillows



https://www.facebook.com/AllBeautifulMommies/posts/1691733857550604



https://twitter.com/julin11/status/970164932825169920



# __OTHER PRESS__

https://www.i4u.com/2018/02/127083/50-new-squishmallows-debut-toy-fair-2018

**Videos/Youtube Influencers**

https://www.youtube.com/watch?v=tQc0MsjEJcM (video review by Evies Toy House)



https://www.youtube.com/watch?v=DwtUjxURbVM (Toys, Tots, Pets & More (TTPM). Our 8"
products were listed as the 13th most popular item this week amongst other big players in the
plush space. )



https://youtu.be/1ilNH7PKHxw (Mike and Holly from The Toy Room )



http://jpclip.net/playjp/Jpclip-squishmallows-collection-squishy-and-soft-plush-animals-review-JptQc0MsjEJcM.html
site not coming up

https://www.2tubenow.com/video/1ilNH7PKHxw/squishmallows-you-have-to-feel-these-plush.html
server not found

https://www.youtube.com/watch?v=1ilNH7PKHxw&feature=youtu.be&a=



https://www.youtube.com/watch?v=6t2PbEapsx4



https://www.youtube.com/watch?v=tQc0MsjEJcM



https://www.youtube.com/watch?v=fWlWUmk7Q4U&feature=youtu.be



https://www.youtube.com/watch?v=JfUlHb5KvPM



https://youtu.be/9aABqAoV7RQ



https://www.youtube.com/watch?v=yvMHFrSWGqc



https://youtu.be/Gh5rnbN56l0



https://youtu.be/ml7BDTlMgkk



https://youtu.be/Ii3ReJBRgXU

