**EXHIBIT 6**

Instagram

squishmallows  Edit Profile

286 posts    103k followers    28 following

**Squishmallows®**
Hello, we're the Squishmallows. The Valentine's Day Squad is here! ❤
squishmallows.com

Legal  V-Day ❤  Found The...  100K 🎉  Wallpapers

POSTS    IGTV    SAVED    TAGGED



