**EXHIBIT 7**



