**EXHIBIT 8**

**INFRINGING SQUISHY PLUSH**

  

  

