IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC. and KELLYTOY (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> TY, INC. and DOES 1-10, <br><br> Defendants. | Case No. 1:20-cv-00748 <br><br> Judge Gary S. Feinerman <br> Magistrate-Judge Susan E. Cox |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Kellytoy Worldwide, Inc. and Kellytoy (USA), Inc. (together, "Kellytoy" or "Plaintiffs") hereby move the court for a preliminary injunction against Ty, Inc. and Does 1-10 (together "Defendants") pursuant to Fed. R. Civ. P. 65(a). The requested preliminary injunction is provided in the form of a proposed order which is being submitted in Microsoft Word format to the Court via e-mail, as required by this Court's standing order for submitting a proposed order.

For the reasons articulated more specifically in its Memorandum of Law in Support of this Motion for Preliminary Injunction, Plaintiffs respectfully request the Court enter a preliminary injunction granting the relief sought in the proposed order.

Dated: February 21, 2020        Respectfully submitted,

/s/ *Dean D. Niro*
Dean D. Niro
Oliver D. Yang
VITALE, VICKREY, NIRO, SOLON & GASEY LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606
(312) 236-0733
dniro@vvnlaw.com
oyang@vvnlaw.com

Todd M. Lander
Mark B. Mizrahi
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
(310) 255-6100
todd.lander@ffslaw.com
mark.mizrahi@ffslaw.com

*(pro hac vice applications pending)*

*Attorneys for Plaintiffs*