IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC. and KELLYTOY (USA), INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TY INC., and DOES 1-10, <br><br> Defendants. | ) Case No. 1:20-cv-00748 <br> ) <br> ) Honorable Gary Feinerman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF RICHARD GOTTLIEB IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Richard Gottlieb, declare and state as follows:

1. I am over eighteen years of age and I have personal knowledge of the facts set forth herein. If called upon to testify I would do so to the same effect.

2. I am the founder of and Chief Executive Officer at Global Toy Experts and a resident of New York City.

Biography

3. Global Toy Experts ("Global Toy Experts") is a consultancy to U.S. and international toy companies founded in 1994. Global Toy Experts is also the publisher of Global Toy News, a web-based magazine founded in 2009 that editorializes on toy industry news and provides resources to the toy industry.

4. At Global Toy Experts, my company and I provide a full range of consulting services on all aspects of the business of play. Our services include assisting inventors and designers of toys with concept evaluation, prototype, and product development, product licensing, branding, and packaging analysis, and connecting them with toy manufacturers and retailers. We also assist U.S. and international toy companies, including manufacturers and importers of consumer toy products, with developing business models for the toy industry and

children's media markets. Based on my extensive experience in the toy industry, I provide clients with insights into retail sales of toys and market intelligence on competition. In addition, I conduct primary, secondary, and experiential research and analysis for clients to assist them with penetrating new channels of trade or expand current ones within the toy market.

5. We have represented various companies in the toy industry, including Hasbro, D.C. Comics, Warner Brothers, Rose Art, and Rockstar Games. I have also had as clients major national toy industry trade associations, including those of the United States, China, Brazil, Hong Kong, and Germany.

6. We have also represented clients, which though not toy industry companies, were seeking insights into the toy industry. Examples include Brother International, Underwriters Laboratories (U.L.), and Mitsubishi. Also, I have represented toy companies in selling and licensing their toy products, including selling the famous Shrinky Dinks toy brand to Alex Brands for use in the Alex Toys product line, as well as the sale of Electric Football to Tudor Games.

7. I regularly attend and participate as a guest speaker at various toy industry events and trade shows. As the founder and publisher of Global Toy News, I author articles on retail news, industry events, toy company changes, licensing, company mergers, and other topics that impact the toy industry. I also interview and publish articles by other toy industry experts for Global Toy News.

8. Further, I have authored articles for other toy publications in the U.S. and abroad. Due to my experience and expertise in the toy industry, I have been interviewed at least 175 times by worldwide media outlets, including A.B.C. News, CNN, MSNBC, the New York Times, and Newsweek, regarding toy industry issues. I have served on the board and committees of various toy organizations, such as the National Toy Hall of Fame Selection Committee, Liberty Hall Museum, Toys Through Time Board of Advisors, and Toy Industry Association Strategic Planning Committee. I have a B.A. in English Literature from the University of Richmond in Richmond, VA, and M.B.A. in Global Management from the University of Phoenix

in Phoenix, AZ. Further details concerning my experience and expertise can be found in my curriculum vitae attached hereto as APPENDIX A.

Engagement

9. I have been engaged by Kellytoy (USA), Inc. and Kellytoy Worldwide, Inc. (together, "Kellytoy") to serve as an expert consultant on their behalf in connection with their present dispute with Ty Inc. ("Ty"). In that capacity, and since my engagement, I have reviewed the following materials concerning the dispute: the Complaint filed in the matter of *Kellytoy Worldwide, Inc. et al. v. TY, Inc. et al.*, Case 1:20-cv-00748, together with Exhibits 1-8 thereto.

10. Kellytoy's Squishmallows branded plush toys are a highly successful product in the marketplace; in fact, one of the most popular plush toys lines to come to market in recent years. I am informed that Kellytoy has sold over 40 Million traditional shaped Squishmallows since the product's launch in 2017. To fully appreciate the magnitude of this number and its impact on American child culture, it is helpful to note that the child population in the United States (5-14 years old) is estimated to be 28,582,726.[1] It is clear that by comparing the number sold to the child that most children between five and fourteen had or were aware of Squishmallows branded plush toys.

11. One of the challenges in researching plush toys is the sheer scale of the toy industry. For example, there are more than one million unique toys on display at the Nuremberg Toy Fair (the Spielwarenmesse). Similarly, there are thousands of plush styles on the market ranging in price from a few dollars to the hundreds.

12. Therefore, to make my research digestible, I chose to use the Walmart website (www.walmart.com) as a key component in that research. I did this for three reasons: (1) it is America's, and the world's, largest retailer[2], (2) it carries a large variety of plush toys (over

---

[1] Kidscount Data Center, https://datacenter.kidscount.org/data/tables/101-child-population-by-age-group#detailed/1/any/false/37,871,870,573,869,36,868,867,133,38/62,63,64,6,4693/419,420.

[2] "The World's Top 10 Retailers", Investopedia, https://www.investopedia.com/articles/markets/122415/worlds-top-10-retailers-wmt-cost.asp

4439632.2
27183-838

8,000), and (3) in my experience, it is more careful than Amazon about policing counterfeits.

13. I did not review all 8,000 plus plush toys on the Walmart website but did consider all those falling in a price range of $10 to $20, which was approximately 2,000 items. I chose this range because it is the price range within which Squishmallow falls—the site listed 135 Squishmallows plush items.

14. After my review of the Wal-Mart website, I can say that I found no other plush items carrying the distinct elements of the Squishmallow plush toys which are, quoting the Kellytoy complaint, at paragraph 31:

> (1) substantially egg/bell shaped plush toys depicting various similarly shaped fanciful renditions of animals/characters; (2) simplified Asian style Kawaii faces with repeating and complementary rounded/oval-shaped graphics depicting features on the characters themselves (such as eyes, snouts and bellies) and which conform to and support the overall egg/bell shape of the toys; (3) embroidered facial features, such nostrils, and/or mouths; (4) distinctive contrasting and non-monochrome coloring; and (5) short-pile velvety velour-like textured exterior with a light and silky memory foam-like stuffing providing an extremely soft and squeezable marshmallow feel.

15. I have additionally examined the following publicly available information and documents:

> 1) "The World's Top 10 Retailers", Investopedia, https://www.investopedia.com/articles/markets/122415/worlds-top-10-retailers-wmt-cost.asp;
>
> 2) Kidscount Data Center, https://datacenter.kidscount.org/data/tables/101-child-population-by-age-group#detailed/1/any/false/37,871,870,573,869,36,868,867,133,38/62,63,64,6,4693/419,420; and

3) Wal-Mart Plush Toys, all price ranges.

I also visited the following retail stores: Hom Boms, Target, and Duane Reade (a Walgreens subsidiary).

16. I am, due to long-standing experience and intimate familiarity with the U.S. and international plush toy industry and market and the work I have done since my retention by Kellytoy, familiar with Kellytoy's Squishmallows branded line of plush toys. Based on my experience in and knowledge of the plush toy industry, I can say that these plush toys possess a distinctive overall look and feel that is not shared by the plush toys of others in the marketplace. Specifically, the combination of the shape (including the absence of a distinct head and torso, or pronounced/proportionate limbs), the abstract features (simple, Kawaii-like style with simplified, largely rounded, embroidered features that hint at but do not depict the particular creatures they are meant to portray), and the ultra-silky texture and feel stand out in the marketplace from the goods of others. In fact, before their introduction into the marketplace in 2017, I am aware of no plush toys that embodied all of these features in one plush toy.

17. While there have been other plush toys in the marketplace over the years bearing some of these features, albeit in different forms, I had not seen a single plush toy incorporating all of these features and otherwise being expressed quite the way they appear in the Squishmallows line of plush toys.

18. I have been asked to review and have reviewed photographs of a plush toy line currently being offered by Ty at tradeshows under the moniker SQUISH-A-BOOS (Exhibit 8 to the Complaint). For purposes of this declaration, I am assuming that they mimic the ultra-silky texture and feel of the Squishmallows line, as I have not been provided with specimens to inspect, but instead make this declaration based solely on my visual inspection of photographs of Ty's SQUISH-A-BOOS.

19. In my expert opinion, Ty's SQUISH-A-BOOS line have taken the particular features that distinguish the Squishmallows line from the goods of others (e.g., the shape, the lack of limbs, and the abstract features) and incorporated them into its own line of plush toys –

giving Ty's SQUISH-A-BOOS an overall look and feel that is highly similar to the Squishmallows line.

20. It should be noted that Ty had an almost infinite choice of materials, stuffing, appliques, eyes, mouths, textures, designs, and shapes from which to choose. The toy industry offers any designer with an imagination an almost infinite number of choices in what to create. Rather than create something new and different, Ty chose to copy an existing, highly successful product. A rather sharp decline from the company that created the immensely popular, Beanie Babies, probably the most successful plush toy in history.

21. Squish-A-Boos are not merely outwardly similar in appearance to Squishmallows, but those copied details relate specifically to the combined characteristics that make Squishmallows unique in the marketplace. Both have a similar bell/egg shape without distinct heads and torsos. Both depict animals/creatures without proportionate and pronounced appendages. Both feature abstract, Asian style Kawaii faces with repeating and complementary rounded/oval shaped graphics and embroidered facial features. Both feature contrasting and non-monochrome coloring.

22. In Squishmallows, Kellytoy and its designers created a cute, simple yet unique look that combines with the use of foam materials and a velvety texture to provide a distinctive kinesthetic experience. The result is a charming look and distinguishing feel which constitutes its trade dress. These features combined with Squishmallows' memorable name, one million dollars spent on advertising and promotion as well as its ubiquity in homes across the United States and the world make for a trade dress that others wish to emulate or as we call it in the toy industry "knock-off." Although some chose to work around the trade dress (i.e., round rather than egg-shaped, fuzzy rather than smooth, complex rather than simple), Ty appears to have attempted to fully duplicate the look and feel of the Squishmallow trade dress. Coupling the look with a sounds-like name, Squish-A-Boo, makes for a product that consumers will easily confuse with the Squishmallow product.

23. Although people of all ages typically purchase plush toys such as Kellytoy

Worldwide's Squishmallows, the most likely customers for plush toys such as these are children between the ages of 5 and 14. While outside the presence of a particular toy children can be expected to recall, generally, the overall look and feel of that plush toy, one cannot reasonably expect them to recall every detail when encountering plush toys with similar overall features in the marketplace. Moreover, children might show Squishmallows plush toys to their parents, who later purchase the products without the children present. Such parents may not have the same level of familiarity with the look and feel of the Squishmallows line as their children to enable them to properly appreciate the minor differences between Squishmallows and the plush toys of other makers.

24. In general, plush toys are often impulse buys, made without great deliberation. Ty's copying of the Squishmallows look and feel increases the likelihood, in my opinion and based on my long experience in the toy industry, that consumers will become confused and believe that Ty's SQUISH-A-BOOS are in fact Squishmallows.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2020, at 5:46 PM New York City

*Richard Gottlieb*
Richard Gottlieb

4439632.2
27183-838

**Appendix A**



**RICHARD GOTTLIEB -** Curriculum Vitae

Global Toy Experts

211 E. 71st Street, #19G

New York, NY 10021

Phone 646 675 3019

Email Richard@GlobalToyExperts.com

Websites: www.globaltoyexperts.com and www.globaltoynews.com

**EXPERT WITNESS**

- Wild Horse Concepts, Llc, Steven R. D'aguanno, Alfred G. Vuono, And H. Kirk Bozigian vs. Hasbro, Inc., State of Rhode Island, Providence Superior Court, C.A. No. PC 2015-1561

- Hasbro Inc., vs. DC Comics and Warner Bros Inc. United States District Court Southern District of New York, Case No: I:l7-cv-6558 [On behalf of DC Comics and Warner Bros. Inc.]

- Elinor Shapiro vs. Hasbro, Holland & Knight, LLP, Case No. 2:15-cv-02964-BRO-AJW [On behalf of Hasbro]

- Radio Flyer, Inc. vs. American Plastic Toys, Inc., United States District Court For The Northern District Of Illinois Eastern Division, Case No. 1:19-Cv-05527

- Lego and Lego Systems Inc. and LEGO Juris A/S, vs. Zuru, Inc., United States Court for the District of Connecticut, Civil No. 3:18-CV-02045-AWT

4439632.2
27183-838

- Rubiks Brand Limited vs. Flambeau, Inc., Duncan Toys Company, Toys "R" Us, Inc. United States District Court Southern District of New York, 17-cv-06559 (PGG)
- Lanard Toys Ltd. vs. Five Below Incorporated. United States District Court Central District of California, Case No. 2-18-cv-05845.
- Lanard Toys Ltd. vs. Target Corporation. United States District Court Central District of California, Case No. 2:17-cv-04472
- Atomica Design Group, Inc., Debtor as Chapter 7, Bonnie Finkel Trustee of the Estate of Atomica Design Group, Inc., Plaintiff, vs. Weveel, LLC; Junto Creative, LLC; Joseph DiPalma; Tiziano Recchia; Jason Lane; IYA Technologies, LLC; and LaRose Industries, LLC d.b.a. Cra-Z-Art, United States Bankruptcy Court For The Eastern District of Pennsylvania; Chapter 7 Bankruptcy No: 12-17235 (BIF); Adversary Proceeding No 14-00333 (BIF) [On behalf of Atomica Design Group, Inc., Debtor as Chapter 7, Bonnie Finkel Trustee of the Estate of Atomica Design Group, Inc., Plaintiff]
- Cabo Concepts Ltd and The License World Ltd., Claimants, MGA Entertainment (UK) Limited and MGA Entertainment, Inc. Defendants. In The High Court Of Justice Claim No. TBD. [ Business And Property Courts of England and Wales Competition List (Chd) Intellectual Property List (Ch D) Patents Court, United Kingdom.
- Allianz Global Corporate & Specialty vs. Moose Toys. Insurance claim. [On behalf of Allianz Global Corporate & Specialty]
- I Pee Holding, LLC vs. Virginia Toy & Novelty Company, Civil Action No. 1:18-cv-01564-AJT-TCB [On behalf of Virginia Toy & Novelty Company]
- UM HOLDINGS LLC, a Delaware Limited Liability Company; and UNCLE MILTON INC. a California Company vs. SINGERLEWAK, LLP, Case No. BC642439 [On behalf of Singerlewak]

- In Zone Brands and Good2Grow Inc. vs. United States of America, US Court of International Trade, Case No. 17-00025 [On behalf of In Zone Brands and Good2Grow Inc.]
- GOT I, LLC and KIDS II, Inc. vs. XRT, INC. and David Eugene Silverglate, Markowitz Herbold PC , FILE No. 1:16-CV-00038-WSD [On behalf of XRT, INC. and David Eugene Silverglate]
- CJ Products vs. Ontel Products, Beshada Farnese LLP, Arbitration CASE NO. 01-15-0004-5872[On behalf of Ontel Products]
- Aidentity Matrix Entertainment, Inc. vs. DLA Piper Rudncik Gray Cary, Clausen Miller Attorneys At Law [On behalf of Aidentity Matrix Entertainment, Inc.]
- Zobmondo Entertainment, LLC vs. Falls Media, LLC, Howrey LLP Attorneys At Law [On behalf of Zobmondo Entertainment, LLC]
- T.V.D.B. Sarl et al vs. KAPLA USA, LP et al. Case No. 4:12-cv-230-BAE-GRS [On behalf of Kapla USA]
- Mark Rice d/b/a Games to Remember vs. Brand Imports LLC, Desert Sky Graphics Inc., Dax Logue and Laurie S. Logue. Case No. 1-09-CV-3254-MHS [On behalf of Mark Rice d/b/a Games to Remember]

## PROFESSIONAL EXPERIENCE

**Richard Gottlieb & Associates** dba Global Toy Experts        1994 - Present
**CEO**

- Provide intellectual property development and third-party placement to inventors and designers.
- Provide Expert Witness with a specialization in toys and play.
- Provide business development consulting to consumer products manufacturers and importers

- Develop strategic planning and business plans for foreign and domestic companies seeking to penetrate the play industry and children's media markets.
- Conduct primary, secondary, and experiential research and analysis for clients in order to penetrate new channels of trade or expand current ones
- Create market synergy through knowledge, systems, and people management
- Provide access to Europe, Asia, North Africa and South America for those seeking to export and / or import.

**REPRESENTATIVE CLIENTS**

- Rockstar Games
- K'NEX
- Brother International
- Shrinky Dinks
- Rose Art
- Toy Industry Association
- Spielwarenmesse Nuremberg Toy Fair
- Mitsubishi
- Underwriters Laboratories
- Hasbro
- Euromonitor

**Global Toy News, New York, NY**                                       2009 - Present

**PUBLISHER**

- Publish articles by play industry experts on various aspects of business.
- Write regular blog postings on events that are key to the play industry.

**GUEST LECTURER**

- ABRIN Brazilian Toy Fair, Sao Paulo Brazil
- AIJU Children's Products Conference, Ibi Spain
- American Booksellers Association Book Expo, Washington, DC USA

- CES, Las Vegas
- Chicago Toy and Game Fair, Chicago, IL USA
- Comic-Con, San Diego, CA
- Digital Kids Conference, New York
- Dust or Magic, New York, USA
- Engage Virtual Worlds Show, New York, NY USA
- Hong Kong Toy Fair, Hong Kong
- International Juvenile Products Manufacturers Association, Orange    County, FL USA
- Licensing New Europe, Zagreb, Croatia
- Penn State University, University Park, PA USA
- PlayCon, Washington DC, Phoenix, AZ and San Francisco
- Spielwarenmesse International Toy Fair Nuremberg, Germany
- Toy Fair, New York, NY USA
- Toys R Us, Wayne, NJ USA
- Uniset, Copenhagen, Denmark

## PROPRIETARY CONFERENCES

- Toy Talks Forum, Guangzhou International Toy & Hobby Fair (in conjunction with the Messe Frankfurt)
- World Congress of Play, San Francisco
- Girls' Toys & Media Conference, Los Angeles, Nuremberg, New York,
- Richard Gottlieb's Building Our Future Conference, New York
- Richard Gottlieb's Building Our Future Conference, Nuremberg, Germany

## DOCUMENTARY GUEST APPEARANCES

- Christmas Through the Decades; History Channel.
- LEGO Brickumentary (Denmark) Starring Justin Bateman and produced by Chris Brown, et. Al.

## TELEVISION & RADIO INTERVIEWS

- ABC News
- CNN
- CNN International
- CNN Headline News
- CBS
- BBC
- Business News Network
- Fox News 5
- Christian Science Monitor
- Marketplace American Public Radio

## NEWSPAPER AND MAGAZINE INTERVIEWS

I have been interviewed for more than 175 different media outlets. These include:

- Ad Week
- Bloomberg News
- BBC
- China Daily
- Entrepreneur
- Forbes
- History Channel Magazine
- Inc.
- London Times
- New Yorker
- New York Magazine
- New York Times
- Newsday
- Newsweek

- Peoples Daily
- Slate
- Smart Money
- Time Magazine
- Times of India
- USA Today
- Wall Street Journal
- Washington Post

## PUBLISHED BOOKS

- Gottlieb, R. Ambassador to the Kingdom of Wal-Mart. Insight Publishing, Sevierville, TN.

## PODCASTS

- The Playground Podcast, Co-Host

## PUBLISHED ARTICLES

- Toys n' Playthings (UK)
- Juguetes (Spain)
- Toy Club (Germany)
- Design News (USA)
- Design News    Polska (Poland)
- Gnocchi & Giocattoli (Italy)
- Play It (Germany)
- Speelgoed+Hobby (Netherlands).
- Toy Fair Times (USA)
- Small-Talk.Com (USA)
- Next Steps Magazine (USA)
- Gifts & Decorative Accessories Magazine (USA)
- Toy Business Magazine (USA)

## BLOGS & MAGAZINE COLUMNS

- Global Toy News
- Out of the Toy Box, Kids Today Magazine
- Out of the Toy Box, Gift & Decorative Accessories Magazine
- Gifts & Decorative Accessories Magazine (USA)
- Toy World Magazine (UK)

## PROPRIETARY SURVEYS

- "Girls & Toys Survey"
- " Quality of Sales Survey" Toys, Juvenile Products, Books

## BOARDS AND COMMITTEES

- National Toy Hall of Fame Selection Committee
- Spielwarenmesse German Toy Fair Ambassador to United States
- Hobby db, Board of Advisors
- Fatherly, Board of Advisors
- Liberty Hall Museum, Toys Through Time Board of Advisors
- Chicago Toy and Game Fair Advisory Board
- Toy Industry Association Strategic Planning Committee
- Toy Industry Association PlayCon Convention Committee
- Kapi Awards

## TRADE SHOWS ATTENDED

- ABRIN Brazil Toy Fair, Sao Paulo, Brazil
- American Booksellers Association Book Expo, Washington, DC USA
- American Specialty Toy Retailing Association Marketplace, USA
- British Toy & Hobby Association Toy Fair, London, England
- CES, Las Vegas
- China Toy Expo, Shanghai, China
- Chicago Toy & Game Fair, Chicago, IL, USA

- Consumer Electronics Show, Las Vegas, NE, USA
- Dust or Magic, New York, USA
- Guangzhou International Toy & Hobby Fair, Guangzhou, China
- Hong Kong Toy Fair, Hong Kong
- Licensing New Europe, Zagreb, Croatia
- Licensing International Expo, Las Vegas, NV, USA
- New York Toy Fair, New York, NY, USA
- Spielwarenmesse Nuremberg Toy Fair, Nuremberg, Germany
- Tocati Festival, Verona, Italy

### EDUCATION AND CREDENTIALS

- M.B.A. Global Management, University of Phoenix, Phoenix, AZ
- B. A., English Literature, University of Richmond, Richmond, VA