IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC. and KELLYTOY (USA), INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TY INC., and DOES 1-10, <br><br> Defendants. | ) Case No. 1:20-cv-00748 <br> ) <br> ) Honorable Gary Feinerman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ANDREW J. RAUCH IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Andrew J. Rauch, declare as follows:

1. I am an individual over 18 years of age. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have served as the Vice President of Sales Amusement Division for Plaintiff Kellytoy (USA), Inc. ("Kellytoy") for the past 19 years. As part of my duties on behalf of Kellytoy, I routinely attend trade shows nationwide to exhibit Kellytoy's products and to solicit sales therefor.

3. On or about January 15, 2020, I, along with other Kellytoy personnel, attended the Atlanta International Gift & Home Furnishings Market tradeshow (the "Atlanta Gift Show") located in Atlanta, Georgia. At that show, I was advised by a Kellytoy customer that Ty Inc. ("Ty") was selling products very similar to Kellytoy's Squishmallow line of plush toys, in appearance, the overall soft, short pile shell, and "mooshy" stuffing. My fellow Kellytoy

1

employees have informed me that many other Kellytoy customers told them the same thing.

4.    Being that Ty's booth was located close to Kellytoy's booth, at that same show, I observed the Ty booth and saw various plush toy designs that closely resemble the unique "look and feel" of Kellytoy Worldwide, Inc.'s Squishmallows. I have been told that Ty has been designating them as "Squish-a-Boos."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 18, 2020, at New York, New York.

_____
ANDREW J. RAUCH