**EXHIBIT 3**





Free Coloring Sheets

Free shipping on orders over $75



Shop    About    Retailers    News & Press    Register    FAQs



VDAY SQUAD

SQUISH.
HUG.
LOVE.

SO SOFT... CUDDLE AND SQUEEZE ME!



Hug Mees Valentine
Squad Pack
$24.99

Get Hug Mees
Valentine Squad
Pack!



Valentine Mystery Box
$49.99

Get Valentine
Mystery Box!



Valentine Squad 3-
Pack
$29.99

Get Valentine Squad
3-Pack!



Valentine Squad Pack
A
$24.99

Get Valentine Squad
Pack A!



Valentine Squad Pack
B
$24.99

Get Valentine Squad
Pack B!



5" Pet Pack
$9.99

Get 5" Pet Pack!



8" Pet Pack
$19.99

Get 8" Pet Pack!



12" Squad Pack
Assortment
$24.99

Get 12" Squad Pack
Assortment!

Squishmallows is only shipping to the US at this time. To see where you can purchase Squishmallows globally click here. We apologize for any
inconvenience. Please allow 10-14 business days for your order to arrive.

# Free Squishmallows Coloring Sheets

Download our custom coloring sheets to show off your artistic skills and have fun with the Squishmallows Squad.

First Name

Last Name

Email

Download

   

© 2020 Squishmallows. All Rights Reserved.

The shape, look, feel, and texture of Squishmallow® branded plush toys constitute Kellytoy Worldwide, Inc.'s proprietary trade dress.



Free Coloring Sheets

Free shipping on orders over $75

Shop ⌄    About    Retailers    News & Press    Register    FAQs

# About Squishmallows



Squad up. Squishmallow plush toys are on the way to fill your hearts with love and affection. Since 2017, the Squishmallows™ and Squishy Squooshems collections have offered comfort, support and warmth as a buddy for the movies, the bedtime stories, the laughs and more!

Kellytoy has created a line of loveable buddies made from super soft marshmallow-like texture and polyester (and they're easily washable).

Time to put Squishmallows on your squishlist, because the squad can't wait for the company and cuddles. Squishmallows are available at Walgreens, Amazon, 5 Below, Costco and more!

Follow the #squishmallowsquad on their adventures!

   

© 2020 Squishmallows. All Rights Reserved.

The shape, look, feel, and texture of Squishmallow® branded plush toys constitute Kellytoy Worldwide, Inc.'s proprietary trade dress.

Case: 1:20-cv-00748 Document #: 24-3 Filed: 02/21/20 Page 5 of 14 PageID #:305



Free Coloring Sheets   [Enter Email...]   [Download]

Free shipping on orders over $75



Shop ⌄   About   Retailers   News & Press   Register   FAQs   ⌕

# Frequently Asked Questions

Have a question about Squishmallows? Hoot's here to help!

Here are the questions that we have gotten so far.

## What are Squishmallows?

"Squishmallows are the best kind of plush! They are perfect to use as pillows, they are so soft and squishy, and their faces are so cute." - Kathy, member of the Squishmallow Squad

"The Squishmallows are adorably soft and huggable stuffed animals. They are a great answer to those who are allergic to real animals" - Elaine, member of the Squishmallow Squad

"Made of the softest material and squishy-st stuffing and best of all uber cute!" - Natasha, member of the Squishmallow Squad

Squishmallows are super soft, cuddly plush toys that come in a variety of sizes, animals, and colors with unique bios to cuddle, collect, gift, and even use as a pillow.

What are the age ranges for Squishmallows?

How should I take care of my Squishmallow?

Where can I buy Squishmallows?

What sizes do they come in?

What are Squishmallows made of?

Where can I find a Squishmallows keychain?

Why can't I register my Squishmallow?

Where do you ship Squishmallows?

When can I expect my Squishmallows to arrive?

Do I have to pay for shipping?

Can I change the shipping address on my order?

Can I have my order expedited?

My order shipped but I need to change the address

Can I make changes to my order?

I'm worried about my Squishmallows arriving safely, what can I do

What is the Squishmallows return policy?

How do I get a refund or exchange started?

I received someone else's Squishmallows!

My Squishmallow order was wrong!

My Squishmallow order was stolen or never arrived!

Why can't I find the Squishmallow I'm looking for?

Can I have a custom Squishmallow made?

I have an idea for the next Squishmallow Squad!

How can I be featured on Squishmallows IG?

I won a Squishmallow in an online contest, can you send me my Squishmallow?

### Still have questions?
### Contact Us

Your Name (required)

Your Email (required)

Order number

Inquiry Type

General ▾

Message

Uploading image

Choose File  No file chosen

Submit

# Preguntas frecuentes



¿Tienes preguntas sobre los Squishmallows?

¡Hoot está aquí para asistirte!

Los Squishmallows se pueden lavar en la lavadora, pero asegúrate de que no esté programado en muy caliente. Se recomienda lavar los Squishmallows en agua tibia únicamente. Luego, puedes colocar tu Squishmallow en la secadora y secarla a calor medio. ¡No nos gusta mucho el calor!

¿Dónde puedo encontrar Squishmallows?

¿Cuándo volverán a estar disponibles Fifi, Hans, Tim, Puff, Piper, Hoot & Holly de 16"?

¿Dónde puedo conseguir los Squishmallows de llavero?

¿Cuándo se podrán enviar Squishmallows fuera de los Estados Unidos?

¿Cuál es la política de devolución?

¿Cuándo recibiré mi Squishmallow?

Si uso #squishmallows, ¿se compartirá o reutilizará mi foto?

# Foire aux questions



Vous avez une question concernant les Squishmallows?

Hoot est là pour vous aider!

Quelle est la meilleure façon de laver mon Squishmallow?

Les Squishmallows sont lavables en machine, mais assurez-vous que la machine ne soit pas réglée à haute température. Il est préférable de laver les Squishmallows uniquement à l'eau tiède. Après cela, mettez votre Squishmallow dans la sécheuse à une température moyenne. Nous n'aimons pas avoir trop chaud!

Où puis-je trouver des Squishmallows?

Quand les Fifi, Hans, Tim, Puff, Piper, Hoot et Holly de 40,6 cm (16 po) seront-ils de nouveau en stock?

Où puis-je trouver un porte-clés ou un Squishmallow à clip?

Quand Squishmallows pourra-t-il expédier des produits à l'extérieur des États-Unis?

Quelle est votre politique de retour et de remboursement?

Quand vais-je recevoir mon Squishmallow?

Si j'utilise #squishmallows, ma photo sera-t-elle partagée ou réutilisée?

[en „i="0" „address="700.0" /][es „i="1" „address="700.1" /][fr „i="2" „address="700.2" /][[_ „i="3" „address="700.3" /]

# Preguntas frecuentes



¿Tienes preguntas sobre los Squishmallows?

¡Hoot está aquí para asistirte!

### ¿Cuál es la mejor forma de lavar mi Squishmallow?

Los Squishmallows se pueden lavar en la lavadora, pero asegúrate de que no esté programado en muy caliente. Se recomienda lavar los Squishmallows en agua tibia únicamente. Luego, puedes colocar tu Squishmallow en la secadora y secarla a calor medio. ¡No nos gusta mucho el calor!

¿Dónde puedo encontrar Squishmallows?

¿Cuándo volverán a estar disponibles Fifi, Hans, Tim, Puff, Piper, Hoot & Holly de 16"?

¿Dónde puedo conseguir los Squishmallows de llavero?

¿Cuándo se podrán enviar Squishmallows fuera de los Estados Unidos?

¿Cuál es la política de devolución?

¿Cuándo recibiré mi Squishmallow?

Si uso #squishmallows, ¿se compartirá o reutilizará mi foto?

# Foire aux questions



Vous avez une question concernant les Squishmallows?

Hoot est là pour vous aider!

### Quelle est la meilleure façon de laver mon Squishmallow?

Les Squishmallows sont lavables en machine, mais assurez-vous que la machine ne soit pas réglée à haute température. Il est préférable de laver les Squishmallows uniquement à l'eau tiède. Après cela, mettez votre Squishmallow dans la sécheuse à une température moyenne. Nous n'aimons pas avoir trop chaud!

Où puis-je trouver des Squishmallows?

Quand les Fifi, Hans, Tim, Puff, Piper, Hoot et Holly de 40,6 cm (16 po) seront-ils de nouveau en stock?

Où puis-je trouver un porte-clés ou un Squishmallow à clip?

Quand Squishmallows pourra-t-il expédier des produits à l'extérieur des États-Unis?

Quelle est votre politique de retour et de remboursement?

Quand vais-je recevoir mon Squishmallow?

Si j'utilise #squishmallows, ma photo sera-t-elle partagée ou réutilisée?

[en _i="0" _address="12.0.0.0" /][es _i="1" _address="12.0.0.1" /][fr _i="2" _address="12.0.0.2" /][jt _i="3" _address="12.0.0.3" /]

# Preguntas frecuentes



¿Tienes preguntas sobre los Squishmallows?

¡Hoot está aquí para asistirte!

¿Cuál es la mejor forma de lavar mi Squishmallow?

Los Squishmallows se pueden lavar en la lavadora, pero asegúrate de que no esté programado en muy caliente. Se recomienda lavar los Squishmallows en agua tibia únicamente. Luego, puedes colocar tu Squishmallow en la secadora y secarlo a calor medio. (No nos gusta mucho el calor!

¿Dónde puedo encontrar Squishmallows?

¿Cuándo volverán a estar disponibles Fifi, Hans, Tim, Puff, Piper, Hoot & Holly de 16"?

¿Dónde puedo conseguir los Squishmallows de llavero?

¿Cuándo se podrán enviar Squishmallows fuera de los Estados Unidos?

¿Cuál es la política de devolución?

¿Cuándo recibiré mi Squishmallow?

Si uso #squishmallows, ¿se compartirá o reutilizará mi foto?

# Foire aux questions

Vous avez une question concernant les Squishmallows?

Hoot est là pour vous aider!



Quelle est la meilleure façon de laver mon Squishmallow?

Les Squishmallows sont lavables en machine, mais assurez-vous que la machine ne soit pas réglée à haute température. Il est préférable de laver les Squishmallows uniquement à l'eau tiède. Après cela, mettez votre Squishmallow dans la sécheuse à une température moyenne. Nous n'aimons pas avoir trop chaud!

Où puis-je trouver des Squishmallows?

Quand les Fifi, Hans, Tim, Puff, Piper, Hoot et Holly de 40,6 cm (16 po) seront-ils de nouveau en stock?

Où puis-je trouver un porte-clés ou un Squishmallow à clip?

Quand Squishmallows pourra-t-il expédier des produits à l'extérieur des États-Unis?

Quelle est votre politique de retour et de remboursement?

Quand vais-je recevoir mon Squishmallow?

Si j'utilise #squishmallows, ma photo sera-t-elle partagée ou réutilisée?

[en_i="0" _address="6" /][es_i="13" _address="13" /][fr_i="16" _address="16" /][jp_i="19" _address="19" /]






© 2020 Squishmallows. All Rights Reserved.

The shape, look, feel, and texture of Squishmallow® branded plush toys constitute Kellytoy Worldwide, Inc.'s proprietary trade dress.

Free Coloring Sheets   Enter Email...   Download



Shop ⌄   About   Retailers   News & Press   Register   FAQs

# News & Press



### El News: Valentine's Day Gifts for the Kid at Heart

Forget the candy and flowers. Squishmallows are one of the top Valentine's Day gifts on the market and Tiffany from the Valentine's Day squad is ready to celebrate! Her favorite Valentine's drink is chocolate milk with red heart sprinkles. She loves to play tennis and...

read more



### El News Holiday Gift Guide

David and Ida visited Walgreens to choose their must-have holiday gifts for El News' 2019 holiday gift guide. Read the full gift guide here to see the rest of Neil and David's product picks!

read more



### Holiday Squishmallows Review

Reviewer from Toys, Tots, Pets and More (TTPM) Magazine and she recently cuddled with some of the Christmas Squishmallows including Ruby the Reindeer, Jen the Penguin, Brooke the Polar Bear, Manny the Snowman, Gina the Gingerbread Girl...

read more

### Holiday Gifts for Kids

That's Francis the Lion featured at top of the Pittsburgh Post-Gazette's holiday gift guide this year and Squishmallows are the first gift recommended to readers. According to the Gazette, Young children love presents, too. Whether from Santa or a helper these gifts...

read more



### 100 Hottest Holiday Toys

Squishmallows were featured in San Diego Family Magazine's Holiday Toy Review as one of the "100 Hottest Holiday Toys" for 2019 "Super soft and comforting" Squishmallows are the perfect present for everyone's squishlist this holiday season. Visit our online shop and...

read more



### Celebrity Gift Picks

OK! Magazine's 2019 holiday gift guide features top celebrity gifts including the Squishmallows! Find the December 9 issue of OK! on shelves everywhere. Don't forget to visit our shop to see the latest Squishmallows styles!

read more



### #ShareMySquad Goes Viral

Take a look at this Squishmallows #sharemysquad photo submitted to us by Polly Thumi! Your collection photo could go viral too — round up your Squishmallows, snap a photo, and be sure to tag us and include #sharemysquad and/or #squishmallowsquad in your post for a...

read more



### SQUISHMALLOWS ARE READY FOR HALLOWEEN

Exciting News! The Toybook has announced the newest additions to the Squishmallows family, coming soon! To learn more click here.

read more



### Squishmallows Wins Parent and Teacher Choice Award

Exciting News! Squishmallows won the Parent and Teacher Choice Awards for 2019! "What is so awesome for kids (or adults like me) is that you can collect all the Squishmallows and share them or trade them with your friends!" To learn all the reasons why...

read more





### Shellebrate "World



### Turtle Day With Squishmallows

World Turtle Day is May 23 and Kellytoy is supporting the effort with its line of collectible Squishmallows plush!Kellytoy wants to show our support for American Turtle Rescue, which originated World Turtle Day back in 2000," says Kellytoy CEO Jonathan...

read more

### Hug Mees, a NAPPA Award Winner for 2019!

Exciting News! The newest additions to the Squishmallows family, Hug Mees, are a NAPPA Award winner for 2019. To learn more about Hug Mees and the NAPPA click here.

read more

### Hug Mees featured in NAPPA Awards Guide to Summer Fun 2019

Exciting News! The newest additions to the Squishmallows family, Hug Mees, are featured in the imaginative Play section of NAPPA Awards Guide to Summer Fun 2019! To learn more about NAPPA and to learn more see all of this Summers hottest toys click...

read more

### Squishmallows featured in "The Toy Book's Plush Issue"

Exciting News! Squishmallows is featured on the cover of The Toy Book's Plush Issue! In this issue, we've unveiled the newest members to the Squishmallows Squad, Hug Mees!To read the digital issue click here.

read more

### Squishmallows Debuts New Characters at the 2019 Toy Fair

Kellytoy expands its Squishmallows line this year with more than 50 new styles and multiple styles. New additions include a scented Squishmallows line and the Squishmallows Mystery Squad, which features miniature Squishmallows in marshmallow-shaped blind canisters.

read more

### Squishmallows featured in the Toy Insider's "Tips for Tackling Testing & Student Stress"

Feeling stressed? Squishmallows have got your back! Squishmallows was featured in the Toy Insider's "Tips for Tackling Testing & Student Stress"!To read the full article click here.

read more

« Older Entries

First Name

Last Name

Company Name

Phone Number

Email Address

Message

1 + 5 =     Submit

## Have a press inquiry?

Please submit your question or comment below and a member of our PR team will get back to you shortly.






© 2020 Squishmallows. All Rights Reserved.
The shape, look, feel, and texture of Squishmallow® branded plush toys constitute Kellytoy Worldwide, Inc's proprietary trade dress.

Free Coloring Sheets  Enter Email...  Download

Free shipping on orders over $75



Shop ⌄     About     Retailers     News & Press     Register     FAQs     🔍



# Register your Squishmallow

We're so happy you're here! When you register your Squishmallow you become an exclusive member of our Squishmallow Squad with special access. You'll be the first to receive news about new products, receive special offers exclusive to registered Squishmallows only, and more!



**NOTE:** When registering your Squishmallow, please skip the Zip code field if you live outside of the United States.

We are truly grateful that you've decided to grow your Squishmallow family. Now you can fill out and sign our official adoption certificate to give your Squishmallow a forever home.

**Click to Download**

## Subscribe to our mailing list

*indicates required

Email Address *

First Name

Last Name

What is your birthday? *
MM / DD ( mm / dd )

What is your Instagram handle?

What is your Twitter handle?

Where did you purchase your Squishmallow(s)? *

Zip Code (Please skip this field if you live in Canada.)

Age *

Which Squishmallows Do You Own? List Them Here!

**Subscribe**






© 2020 Squishmallows. All Rights Reserved.
The shape, look, feel, and texture of Squishmallow® branded plush toys constitute Kellytoy Worldwide, Inc.'s proprietary trade dress.



Free Coloring Sheets [Enter Email...] [Download]

Free shipping on orders over $75

Shop ⌄    About    Retailers    News & Press    Register    FAQs    ⌕

# Retailers

## Grow Your Squad!

Need more Squishmallows? You can find more of your favorites and exclusive Squishmallows at any of the following retailers!

Please contact your local retailer to see if they have Squishmallows in stock. Squishmallow products will vary per store locations and regions.

    

### USA
- Gift Store (CA only)
- AC Moore
- Albertsons
- Amazon
- Bosco's
- Books A Million
- Costco
- CVS
- Five Below
- Fred Meyer
- GameStop
- Hallmark
- Home Teeter
- Justice
- Kroger
- Learning Express
- Marshalls
- Meijer
- Party City
- Roundy
- Santa Monica Pier, CA
- Shop TBS
- Smith's
- Target
- TJ Maxx
- The Paper Store
- Toy City
- Walgreens
- Walmart

### Canada
- Giant Tiger
- Indigo
- London Drugs
- Save-On-Foods
- Shoppers Drug Mart
- Showcase
- Walmart
- Winners

### Mexico
- HEB
- Pricesmart
- Sam's Club
- Walmart

### UK & Australia
- Australia
- CostcoUK, Australia
- Home Bargains
- Kidstuff Australia
- Smyths
- Squishmallows UK
- Tesco
- The Entertainer

### International
- Korea, Japan and Taiwan
- Pricesmart Central America: Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua and Panama
- Pricesmart Carribean: Aruba, Barbados, Dominican Republic, Jamaica, Trinidad & Tobago and US Virgin Islands
- Pricesmart South America: Columbia
- Toys R Us - South Africa

   

© 2020 Squishmallows. All Rights Reserved.

The shape, look, feel, and texture of Squishmallow® branded plush toys constitute Kellytoy Worldwide, Inc.'s proprietary trade dress.