IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC. and KELLYTOY (USA), INC., | ) Case No. 1:20-cv-00748 ) |
| | ) Honorable Gary Feinerman |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TY INC., and DOES 1-10, | ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF MARK B. MIZRAHI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Mark B. Mizrahi, do hereby declare and state as follows:

1. I am an attorney, licensed to practice in all state and federal courts in the state of California. I am a partner in the law firm of Freeman, Freeman & Smiley, LLP, counsel for defendant Kellytoy Worldwide, Inc. ("Kellytoy") in the above-captioned matter. I make this declaration in support of Plaintiff Kellytoy Worldwide, Inc.'s Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify thereto.

2. On February 9, 2020, I visited the website analytic site located at the following domain: www.internetlivestats.com. I searched for the number of extent websites on the World Wide Web. Below is a true and correct screenshot from the following URL https://www.internetlivestats.com/total-number-of-websites/.

1



3. On that same day, I also visited the website analytic site of Alexa.com and search for the "Top Sites in United States." Below is a true and correct screenshots of the results of that search.



2





4. From shortly after Kellytoy's explosive entry into the market until the Defendant's recent infringing plan of products, Kellytoy has been forced to spend an enormous amount of time and energy litigating to defend its exclusive rights in its Squishmallows Trade Dress. In fact, Kellytoy has successfully policed its rights in its Squishmallows Trade Dress

against various third-party infringers, by way of cease and desist letters and in the following federal district courts:

- *Kellytoy USA, Inc., et al. v. Big T Toys and Sports, Inc.*, 2:18-cv-02979 (C.D. Cal. April 9, 2018) - ended in settlement with infringing products off the market;

- *Kellytoy USA, Inc. et al. v. Goffa International Corp. et al.*, 2:18-cv- 03016 (C.D. Cal. April 10, 2018) - confidential settlement;

- *Kellytoy USA, Inc. et al. v. Dan-Dee International, Ltd. et al.*, 2:18-cv-05399 (C.D. Cal. June 15, 2018) - confidential settlement;

- *Kellytoy USA, Inc. et al. v. Dream International USA, Inc., et al.*, 8:19-cv-00641 (C.D. Cal. April 4, 2019) - ended in settlement with infringing products off the market;

- *Kellytoy USA, Inc. et al. v. Toy Factory*, L.L.C., 2:19-cv-05290 (C.D. Cal. June 17, 2019) - ended in settlement with infringing products off the market;

- *Kellytoy Worldwide, Inc. v. Hugfun, International, Inc. et al.*, 2:19-cv-07652 (C.D. Cal. September 4, 2019) - pending; and

- *Kellytoy Worldwide, Inc. v. Jay At Play International Hong Kong Limited d/b/a Jay At Play et al.*, 1:20-cv-00585 (S.D.N.Y. January 22, 2020) - pending.

5. Below are screenshots I captured on February 13, 2020 from the website located at https://shop.ty.com depicting, at the top, various different plush toy lines/categories offered by Ty Inc.

///



5



6. On January 16, 2020, I wrote a demand letter to Ty informing them of their infringement of the Squishmallows Trade Dress.

7. Attached hereto collectively as **Exhibit I** are photographs of Ty Inc.'s Squish-a-Boos, extracted from correspondence sent by Ty Inc.'s counsel to me on January 18, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2020, at Los Angeles, California.

Mark B. Mizrahi