**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KELLYTOY WORLDWIDE, INC. and.,
KELLYTOY (USA), INC.,

        Plaintiffs,

v.

TY INC. and DOES 1-10,

        Defendants.

Civil Action No. 1:20-cv-00748

Hon. Gary Feinerman

Magistrate Judge Susan E. Cox

**APPENDIX A**

**TY DESIGN EXTENSION CHARTS FOR TY SQUISH-A-BOOS**

**(FROM EXHIBITS 1-9 OF DECLARATION OF C. JOHNSON)**

# Slush Design Extension (Ex. 1)

**Ty Beanie Boos Slush
2009**

**Ty Squish-a-Boos Slush
2020**



Common ear shape, placement, coloration with blue inside and gray outside ear

Forehead peak defining white partial oval features serving as background for eyes

Oversize sparkle eyes in blue; close spaced eyes and muzzle

White on white oval muzzle, embroidered mouth with vertical line, rounded triangle nose

Overall consistent gray and white contrasting coloration with blue accents

**Exhibit 1, Part 2**
**Design Extensions Based Upon Slush Beanie Boos Plush Toy**

# Ty Slush Beanie Boos 2009

# (Sparkle Eyes Added After Introduction)



## Design Extensions Based Upon Slush



**Exhibit 1, Part 2**
**Design Extensions Based Upon Slush Beanie Boos Plush Toy**



# Fantasia Design Extension (Ex. 2)



**Ty Beanie Boos Fantasia 2015**

**Ty Squish-a-Boos Fantasia 2020**

Gold horn, hot pink mane

Common folded ear shape and placement with color contrasting gold inner and pink outer ear

Close spaced eyes and muzzle

Oversize sparkle eye, gold color

White oval muzzle with embroidered round pink nostrils and mouth, no defined nose

Overall hot pink fabric with blue and yellow accent splashes

**Exhibit 2, Part 2**
**Design Extensions Based Upon Fantasia Beanie Boos Plush Toy**

# Ty Fantasia Beanie Boos 2015



## Design Extensions Based Upon Fantasia



**Exhibit 2, Part 2**
**Design Extensions Based Upon Fantasia Beanie Boos Plush Toy**



# Dotty Design Extension (Ex. 3)



**Ty Beanie Boos Dotty 2016**

**Ty Squish-a-Boos Dotty 2020**

Common ear shape, placement, and coloration with pink inner and purple outer ear

Close spaced eyes and muzzle

Oversize sparkle eye, pink color

White oval muzzle with pink stripe, rounded triangle nose, pink embroidered mouth with vertical line

Overall consistent rainbow coloration with black repeating accent pattern

**Exhibit 3, Part 2**
**Design Extensions Based Upon Dotty Beanie Boos Plush Toy**

# Ty Dotty Beanie Boos 2016



# Design Extensions Based Upon Dotty



**Exhibit 3, Part 2**
**Design Extensions Based Upon Dotty Beanie Boos Plush Toy**



# Giselle Design Extension (Ex. 4)

**Ty Beanie Boos Gizelle 2018**

**Ty Squish-a-Boos Gizelle 2020**



Gold sparkle horn, common ear shape and placement with color contrasting purple inner and black outer ear

Close spaced eyes and muzzle feature

Oversize purple sparkle eyes

White oval muzzle with purple stripe to middle of nose, rounded triangle nose feature, black embroidered mouth with vertical element touching nose

Overall pink/blue/yellow/orange/white coloration with dark purple spots

**Exhibit 4, Part 2**
**Design Extensions Based Upon Giselle Beanie Boos Plush Toy**

# Ty Giselle Beanie Boos 2018



## Design Extensions Based Upon Giselle



# Heather Design Extension (Ex. 5)

**Ty Beanie Boos Heather 2018**

**Ty Squish-a-Boos Heather 2020**

Silver horn

Common triangular ear shape and placement with color contrasting pink inner and rainbow outer ear

Close spaced eyes and muzzle, white triangular accent between eyes

Oversize sparkle eye, right eye gold and left eye blue

White oval muzzle with pink embroidered mouth with a vertical line and whiskers, pink rounded triangle nose

Overall pink/yellow/blue/green rainbow colored fabric



**Exhibit 5, Part 2**
**Design Extensions Based Upon Heather Beanie Boos Plush Toy**

# Ty Heather Beanie Boos 2018



## Design Extensions Based Upon Heather



# Bamboo Design Extension (Ex. 6)

**Ty Beanie Boos Bamboo
2009**

**Ty Squish-a-Boos Bamboo
2020**





Common half-circle ear shape and position, with color contrasting inner ear and outside black edge

Close spaced eyes and muzzle, black stretched oval shaped patches around eyes

Oversize sparkle eyes (Beanie Boos Bamboo has used green and blue in the past)

White oval muzzle with black rounded triangle nose, embroidered mouth with vertical element

Overall black and white Panda coloration with unusual contrasting color accent

**Exhibit 6, Part 2**
**Design Extensions Based Upon Bamboo Beanie Boos Plush Toy**

# Ty Bamboo Beanie Boos 2009

# (Sparkle Eyes Added After Introduction)



## Design Extensions Based Upon Bamboo



**Exhibit 6, Part 2**
**Design Extensions Based Upon Bamboo Beanie Boos Plush Toy**



# Kiki Design Extension (Ex. 7)

**Ty Beanie Boos Kiki
2016**

**Ty Squish-a-Boos Kiki
2020**





Common ear shape and placement with color contrasting light inner ear and grey pattern outer ear

Close spaced eyes and muzzle, white triangular accent between eyes

Oversize sparkle eye, pink color

White oval muzzle with pink stripe, pink lips and nose, pink whiskers, embroidered mouth with vertical line, rounded triangular nose

Gray coloration with dark gray horizontal highlighting

**Exhibit 7, Part 2**
**Design Extensions Based Upon Kiki Beanie Boos Plush Toy**

# Ty Kiki Beanie Boos 2016



## Design Extensions Based Upon Kiki



1

**Exhibit 7, Part 2**
**Design Extensions Based Upon Kiki Beanie Boos Plush Toy**



# Owen Design Extension (Ex. 8)

**Ty Beanie Boos Owen
2017**

**Ty Squish-a-Boos Owen
2020**

White upside-down ski goggle shape defines face

Close spaced eyes and beak

Oversize sparkle eyes and sparkle beak. Note color change to gold on Squish-A-Boos to better match fabric

Stylized wing shape, embroidered on Squish-a-Boos to mimic wing feature on Beanie Boos design

Overall florescent yellow/green/ pink/blue rainbow fabric with feather design (tufted fabric on Beanie Boos, printed feathers on Squish-a-Boos); flat rainbow tail on back (not shown)



**Exhibit 8, Part 2**
**Design Extensions Based Upon Owen Beanie Boos Plush Toy**

# Ty Owen Beanie Boos 2017



## Design Extensions Based Upon Owen



**Exhibit 8, Part 2**
**Design Extensions Based Upon Owen Beanie Boos Plush Toy**



# Zoey Design Extension (Ex. 9)



**Ty Beanie Boos Zoey 2014**

**Ty Squish-a-Boos Zoey 2020**

Common ear shape, placement, and coloration with pink inner and black outer ear

Black mane on top and back

Close spaced eyes and muzzle

Oversize pink sparkle eyes

White oval muzzle with embroidered nostrils and mouth, no defined nose

Overall fabric coloration includes hot pink background with black branching line patterns

**Exhibit 9, Part 2**
**Design Extensions Based Upon Zoey Beanie Boos Plush Toy**

# Ty Zoey Beanie Boos 2014



## Design Extensions Based Upon Zoey



**Exhibit 9, Part 2**
**Design Extensions Based Upon Zoey Beanie Boos Plush Toy**

