**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC. and., KELLYTOY (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> TY INC. and DOES 1-10, <br><br> Defendants. | Civil Action No. 1:20-cv-00748 <br><br> Hon. Gary Feinerman <br><br> Magistrate Judge Susan E. Cox |

**APPENDIX C**

**EXAMPLES OF THIRD PARTY PRODUCTS**

**THAT POSSESS KELLYTOY'S CLAIMED TRADE DRESS FEATURES**

**Appendix C:**
**Examples of Third Party Products That Possess Kellytoy's Claimed Trade Dress Features**




**Pusheen (2014-present)**
Ryan Dec., ¶ 102-116; Norton Dec., Exs. 1-A to 1-N. 9-A to 9-C




**Molang (2016-present)**
Ryan Dec., ¶¶ 85-93; Norton Dec., Exs. 3-A to 3-L

1



**Noodolls (2017-present)**
Ryan Dec., ¶ 146-148; Norton Dec., Exs. 11-C to 11-E



**Sumikko Gurashi (2012-present)**
Ryan Dec., ¶¶ 94-101; Norton Dec., Exs. 5-A to 5-I

2




**My Neighbor Totoro (2013-present)**
Ryan Dec., ¶ 117-29; Norton Dec., Exs. 2-A to 2-K, 9-B, 9-C




**Gudetama (2015-present)**
Ryan Dec., ¶¶ 130-137; Norton Dec., Exs. 4-A to 4-G

3



**Schrodinger's Cat (2017-present)**
Ryan Dec., ¶¶ 139-141; Norton Dec., Ex. 6-A



Ty Baby Ballz (2013)
Ryan Dec., ¶¶ 78-84; Johnson Dec., ¶¶ 28-46;
Norton Dec., Exs. 13-C, 13-D



**Inkoos (2014)**
Norton Dec., Ex. 6-B



**Squooshies (2017)**
Ryan Dec., ¶¶ 142-143; Norton Dec., Ex. 6-C



**Sago Minis (2017-present)**
Ryan Dec., ¶¶ 144-145; Norton Dec., Exs. 6-D, 6-E



**Fiesta Owl (2012)**
Ryan Dec., ¶ 152; Norton Dec., Ex. 11-B



**Fiesta Huggy Huggables (2020-present)**
Ryan Dec., ¶¶ 154-155; Norton Dec., Ex. 11-F



**Dreampuffs (2020-present)**
Ryan Dec., ¶¶ 156-157; Norton Dec., Exs. 11-G, 11-H



**Grumpy Cat (2015)**
Ryan Dec., ¶¶ 149-150; Norton Dec., Exs. 9-B, 9-C