# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, KELLYTOY WORLDWIDE, INC. and KELLYTOY (USA), INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TY INC. and DOES 1- 10, <br><br> Defendants. | Case No. 1:20-cv-00748 <br><br> Hon. Gary Feinerman <br><br> Magistrate Judge Susan E. Cox |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kelly Toys Holdings, LLC, Kellytoy Worldwide, Inc. and Kellytoy (USA), Inc., and Defendant Ty Inc., hereby stipulate to the dismissal of this action in its entirety with prejudice and with each party to bear its own costs and fees.

Dated: March 30, 2022

Respectfully submitted,

**KELLY TOYS HOLDINGS, LLC, KELLYTOY WORLDWIDE, INC. AND KELLYTOY (USA), INC**.

/**s**/ *John C. Ulin*
John C. Ulin (pro hac vice)
AnnMarie Mori (pro hac vice)
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2363
(310) 789-1204
JUlin@troygould.com
amori@troycould.com

Dean D. Niro
Oliver D. Yang

1

VITALE, VICKREY, NIRO, SOLON & GASEY LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606

**TY INC.**

/**s**/ *J. Aron Carnahan*
J. Aron Carnahan
Don J. Mizerk
Michael D. Hayes
Laurie A. Haynie
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 220
Chicago, IL 60606
Direct: 312.526.1612
Fax: 312.655.1501
aron.carnahan@huschblackwell.com
don.mizerk@huschblackwell.com
michael.hayes@huschblackwell.com
laurie.haynie@huschblackwell.com

## Certificate of Service

The undersigned counsel for Ty Inc. hereby certifies that the foregoing document was served upon all counsel of record via filing with CM/ECF on March 30, 2022.

/s/ J. Aron Carnahan
J. Aron Carnahan
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Direct: 312.526.1612
aron.carnahan@huschblackwell.com